CHARLES E. KEATOR, Appellant, *v.* WILLIAM DALTON, as Commissioner of Water· Supply of the City of New York, et al., Respondents.

*Keator* v. *Dalton,* 67 App. Div. 619, appeal dismissed.
(Submitted May 5, 1902; decided May 13, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, made December 23, 1901, which affirmed an order of Special Term confirming the report of a referee assessing the damages suffered by the defendant, The Ramapo Water Company, by reason of an injunction.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal.

*Hoadly, Lauterbach & Johnson* for motion.

*McCurdy & Yard* opposed.

Motion granted and appeal dismissed on the ground that the order appealed from is an order in an action and not in a special proceeding, with costs of appeal and ten dollars costs of motion.

---

ANNIE E. WILSON, as Administratrix with the Will Annexed of HENRY WILSON, Deceased, Appellant, *v.* THE MECHANICAL ORGUINETTE COMPANY, Respondent.

(Submitted May 5, 1902; decided May 13, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 542.)

---

FRANK RICHARDS ABBEY, Appellant, *v.* JEROME B. WHEELER, Respondent, Impleaded with Others.

(Submitted May 5, 1902; decided May 13, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 122.)